# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **FX DRILLING COMPANY, INC.,** and <br> **QUAY GEZA TOROK,** <br><br> **Defendants.** | Case No. CR 16-20-GF-BMM <br><br><br> **ORDER** |

Defendants FX Drilling Company, Inc. and Quay Geza Torok have jointly moved pursuant to FED. R. CRIM. P. 17(c) for the early return of subpoenas upon the Bureau of Land Management ("BLM"), Blackfeet Environmental Organization ("BEO"), Blackfeet Oil & Gas ("BOG"), Montana Board of Oil & Gas ("MBOG"), Indian Country Environmental Association ("ICEA"), Gabe Renville, and Verizon. Defendants' requested subpoenas call for production within thirty (30) days of the date of service.  (Doc. 21). The United States does not oppose Defendants' motion for the above subpoenas.   Upon Joint motion of Defendants and good cause appearing:

ORDERED:

Defendants motion (Doc. 21) is GRANTED for the early return of subpoenas to:   the Bureau of Land Management ("BLM"), Blackfeet Environmental Organization ("BEO"), Blackfeet Oil & Gas ("BOG"), Montana

Board of Oil & Gas ("MBOG"), Indian Country Environmental Association ("ICEA"), Gabe Renville, and Verizon.

Dated this 12th day of May, 2016.


_____

Brian Morris
United States District Court Judge